1  McGREGOR W. SCOTT
   United States Attorney
2  JEFFREY A. SPIVAK
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7





8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  IN RE APPLICATION OF THE            CASE NO.
    UNITED STATES OF AMERICA FOR        1: 19 MC 0 0 ∪ 2 5  SAB
    AN ORDER PURSUANT TO                ORDER
12  18 U.S.C. § 2703(d) FOR PHONE NUMBER
    559-614-0492
13

14

                          ORDER
15
        The United States has submitted an application pursuant to 18 U.S.C. § 2703(d), requesting that
16
    the Court issue an Order requiring Sprint PCS, an electronic communications service provider and/or a
17
    remote computing service located in Overland Park, KS, to disclose the records and other information
18
    associated with the following subscriber(s) to phone number 559-614-0492 (the "Account").
19
        The Court orders as follows:
20
    Records and Other Information to Be Disclosed
21
        Sprint PCS is required to disclose the following records and other information, if available, to the
22
    Account, for the time period March 1, 2017 to July 1, 2017:
23
        A.    The following information about the customers or subscribers of the Account:
24

25          1.   Names (including subscriber names, user names, and screen names);

26          2.   Addresses (including mailing addresses, residential addresses, business addresses,
                 and e-mail addresses);
27

28          3.   Local and long distance telephone connection records;

                                 1

4. Records of session times and durations, and the temporarily assigned network addresses (such as Internet Protocol ("IP") addresses) associated with those sessions;

5. Length of service (including start date) and types of service utilized;

6. Telephone or instrument numbers (including MAC addresses, Electronic Serial Numbers ("ESN"), Mobile Electronic Identity Numbers ("MEIN"), Mobile Equipment Identifier ("MEID"), Mobile Identification Numbers ("MIN"), Subscriber Identity Modules ("SIM"), Mobile Subscriber Integrated Services Digital Network Number ("MSISDN"), International Mobile Subscriber Identifiers ("IMSI"), or International Mobile Equipment Identities ("IMEI"));

7. Other subscriber numbers or identities (including the registration Internet Protocol ("IP") address); and

8. Means and source of payment for such service (including any credit card or bank account number) and billing records.

B. All records and other information (not including the contents of communications) relating to the Account, including:

1. Records of user activity for each connection made to or from the Account, including log files; messaging logs; the date, time, length, and method of connections; data transfer volume; user names; and source and destination Internet Protocol addresses; and

2. Information about each communication sent or received by the Account, including the date and time of the communication, the method of communication, and the source and destination of the communication (such as source and destination email addresses, IP addresses, and telephone numbers).

The Court finds that the United States has offered specific and articulable facts showing that there are reasonable grounds to believe that the records or other information sought are relevant and material to an ongoing criminal investigation.

IT IS THEREFORE ORDERED, pursuant to 18 U.S.C. § 2703(d), that Sprint shall, within ten days of the date of this Order, disclose to the United States the records and other information associated with the Account.

DATED: April 9 , 2019

HON. STANLEY A. BOONE
U.S. MAGISTRATE JUDGE

2